WILDCAT LICENSING WI, LLC, Appellant

v.

ADIENT PLC, Appellee

2016-1422
2016-1425

United States Court of Appeals, Federal Circuit.

December 20, 2016

DONALD ROBERT DUNNER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellant. Also represented by JEFFREY SALMON, Jeffrey W. Salmon Law LLC, Glenview, IL.

MATTHEW B. LOWRIE, Foley & Lardner LLP, Boston, MA, argued for appellee. Also represented by GEORGE CHRISTOPHER BECK, CHASE JAMES BRILL, Washington, DC.

(Newman, Mayer, and Lourie, Circuit Judges).

## JUDGMENT

PER CURIAM

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

LEAR CORPORATION, Appellant

v.

NHK SEATING OF AMERICA, INC., Appellee

2016-1716
2016-1717
2016-1721
2016-1722

United States Court of Appeals, Federal Circuit.

December 20, 2016

FRANK A. ANGILERI, Brooks Kushman PC, Southfield, MI, argued for appellant. Also represented by JOHN M. HALAN.

JOHN F. RABENA, Sughrue Mion, PLLC, Washington, DC, argued for appellee. Also represented by WILLIAM H. MANDIR.

(Newman, Mayer, and Lourie, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**